IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH WILLIAMS, MARY WILLIAMS,                                   PLAINTIFFS
and KENNETH L. WILLIAMS, on behalf
of themselves and all other similarly
situated

v.                      NO. 4:11-cv-00749 KGB

STATE FARM MUTUAL AUTOMOBILE                                       DEFENDANT
INSURANCE COMPANY

## ORDER

The Court previously found that the plaintiffs are entitled to an award of attorneys' fees in an amount equal to thirty percent of the common fund, plus $83,306.41 in expenses. See Docket Entry 200. The plaintiffs have now filed a pleading in which they represent that the amount of the common fund is $21,731,958.17. See Docket Entry 204.

The Court accepts the plaintiffs' representation and finds that the amount of the common fund is $21,731,958.17. They are awarded thirty percent of that amount, or $6,519,587.45, in attorneys' fees. They are also awarded $83,306.41 in expenses.

IT IS SO ORDERED this 1st day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE